## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

HAMIDREZA KHADEMI,

        *Plaintiff*,

    v.

KRISTI NOEM, *et al.*,

        *Defendants*.

Civil Action No. 25 - 1206 (SLS)

Judge Sparkle L. Sooknanan

## <u>ORDER</u>

For the reasons stated on the record at the April 25, 2025, hearing, and upon consideration of the Plaintiff's Motion for Temporary Restraining Order, ECF No. 17, and the Defendants' Memorandum in Opposition to the Plaintiff's Motion for Temporary Restraining Order, ECF No. 19, the Court **GRANTS** the Plaintiff's Motion for Temporary Restraining Order, ECF No. 17, insofar as the Court:

**ORDERS** the Defendants to return the Plaintiff's record in the Student and Exchange Visitor Information System (SEVIS) to the "Active" status.

The Court further

**ORDERS** that the Defendants may not change or otherwise modify the Plaintiff's record in SEVIS solely on the basis of his February 28, 2024, traffic arrest without any prosecution.

The Court further

**ORDERS** the Plaintiff to file any Motion for Preliminary Injunction by April 28, 2025, the Defendants to file their Opposition and the Administrative Record by May 5, 2025, and the Plaintiff to file his Reply by May 7, 2025. The Court will hold an evidentiary hearing on the Plaintiff's Motion for Preliminary Injunction on May 8, 2025, at a time to be determined.

This Order will remain in effect until further order from this Court or within 14 days of this

Order, whichever comes first.

**SO ORDERED.**

_____

SPARKLE L. SOOKNANAN
United States District Judge

Date:   April 25, 2025